IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
CMFG LIFE INSURANCE COMPANY,        *
                                    *
        Plaintiff,                  *
                                    *
   v.                               *     CV 319-036
                                    *
JONATHAN SEAY, Individually and     *
as Administrator of the Estate      *
of Lewis E. Seay, Jr., DAVID        *
A. SEAY, SARAH LOU WHITE, and       *
JAEL M. CONNOR,                     *
                                    *
        Defendants.                 *
```

# O R D E R

On October 24, 2019, the Court stayed the captioned civil action upon the parties' request until conclusion of a criminal case pending in this district – United States v. Seay, Crim. No. 319-007 (S.D. Ga. Jun. 4, 2019). The criminal case has now been dismissed. See id., Doc. No. 50. Accordingly, the Court hereby **VACATES** the stay of the case.

The Court also imposes the following scheduling deadlines:

| | |
|---|---|
| CLOSE OF FACT DISCOVERY | March 27, 2020 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY Plaintiff | April 10, 2020 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | April 24, 2020 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | May 25, 2020 |

All other provisions of the Scheduling Order entered on July 8, 2019 (doc. no. 26) shall remain in full force and effect.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE