IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CMFG LIFE INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 319-036 |
| | * | |
| JONATHAN SEAY, Individually and as Administrator of the Estate of Lewis E. Seay, Jr., DAVID A. SEAY, SARAH LOU WHITE, and JAEL M. CONNOR, | * * * * * | |
| | * | |
| Defendants. | * | |

O R D E R

Presently before the Court is Defendant Jonathan Seay's second motion to stay this civil proceeding. The case was previously stayed pending resolution of a federal criminal case brought against him in this district. (Doc. No. 46.) On January 7, 2020, this Court dismissed the indictment in the criminal case – see United States v. Seay, Crim. No. 319-007 (S.D. Ga. Jun. 4, 2019) – and subsequently vacated the stay in this case (doc. no. 47). Through his current motion, Defendant Seay states that he has cause to believe that he may be the target of another federal criminal indictment on charges related to or substantially similar to the circumstances underlying this civil case. Defendant Seay contends that the continued prosecution of this case could undermine his Fifth Amendment right against self-incrimination.

Plaintiff CMFG Life Insurance Company has not opposed the motion or otherwise responded thereby indicating implied consent to the stay. Accordingly, the motion to stay (doc. no. 52) is **GRANTED**. This case is **STAYED** for a period of sixty (60) days. At that time, Defendant Seay shall notify the Court of whether a continued stay is necessary.

**ORDER ENTERED** at Augusta, Georgia, this 30 day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

2