IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | *   CV 319-036 |
| JONATHAN SEAY, Individually and as Administrator of the Estate of Lewis E. Seay, Jr., DAVID A. SEAY, SARAH LOU WHITE, and JAEL M. CONNOR, | * |
| Defendants. | * |

### O R D E R

Presently before the Court is Defendant Jonathan Seay's fifth motion to stay this civil proceeding. Defendant Seay has been indicted in this district on charges that are substantially similar to the operative facts in this case. Defendant Seay wishes to extend the stay already entered in this case pending resolution of the criminal case, which is presently in the pre-trial phase. Notably, Plaintiff CMFG Life Insurance Company filed a no-opposition response to the first requested stay and has not filed any response to Defendant Seay's subsequent requests for stay.

Upon consideration, the motion to stay (doc. no. 59) is **GRANTED**, and the Clerk is instructed to administratively **CLOSE** the case for purposes of statistical reporting. Because the undersigned judge is presiding over the subject criminal case, the Court will be aware of

its final disposition. Nevertheless, any party may move to reopen the case and lift the stay at any time if necessary ~~and~~ appropriate.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

2